**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 12-PO-00142-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. PAUL ARTHUR GILBERT,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     Defense counsel and the Government have agreed to a continuance of this matter for further proceedings, therefore:

     **IT IS HEREBY ORDERED** that this matter is continued to January 8, 2013 at 10:00 a.m. for further proceedings.

     Defendant's bond is continued to that date and time.

**DATED: December 4, 2012.**

                                     **BY THE COURT:**

                                     **s/David L. West**
                                     **United States Magistrate Judge**