# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 12-PO-00142-DLW |
| PAUL ARTHUR GILBERT | DAVID GREENBERG <br> (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to counts I of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3, 36 CFR 4.23(a)(1) | Operating or Being in Actual Physical Control of a Motor Vehicle While Under the Influence of Alcohol | July 23, 2013 | I |

Count II is dismissed on the motion of the United States.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine |
|---|---|---|---|
| Total: | $10.00 | None | None |

05/30/13
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

05/31/13
Date